United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SCARLETT VOLLMERING, *et al.*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00002 |
| ASSAGGIO HONOLULU, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On September 19, 2022, United States Magistrate Judge Mitchel Neurock issued a "Memorandum and Recommendation of United States Magistrate Judge" (M&R, D.E. 37). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 37), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge.  Accordingly, Assaggio Honolulu, LLC's and Sang Sananikone's motion to compel arbitration with Plaintiffs (D.E. 30) is **GRANTED IN PART** (with regard to Assaggio) and **DENIED IN PART** (with regard to Sananikone), and Plaintiffs and Assaggio are **ORDERED** to submit their dispute to binding arbitration.

The Court **GRANTS** HRMSTX, Inc.'s motion to compel arbitration with Plaintiffs (D.E. 31) and Plaintiffs and HRMSTX are **ORDERED** to submit their dispute to binding arbitration.

The Court **GRANTS** HRMSTX's motion to compel arbitration with Assaggio and Sananikone (D.E. 31) and **ORDERS** that HRMSTX, Assaggio, and Sananikone submit their dispute to binding arbitration.

The Court **STAYS** this action pending completion of the arbitration proceedings. The Court further **ADMINISTRATIVELY CLOSES** this case and **ORDERS** that any party may move to reinstate the case on the active docket within seven days after the first arbitration award issues.

ORDERED on October 6, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE